UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case No: 17-62005-CIV-MORENO

MITCHELL SILVERMAN,

    Plaintiff,

v.

NOVA SOUTHEASTERN UNIVERSITY, INC.,

    Defendant.

## REMOVAL STATUS REPORT

Pursuant to the Court's *sua sponte* Notice of Court Practice in Removal Cases [DE3], Defendant, NOVA SOUTHEASTERN UNIVERSITY, INC. ("NSU"), through its undersigned attorneys, hereby files this Removal Status Report. Pursuant to the Notice of Court Practice in Removal Cases, NSU submits the following information:

### NATURE OF CLAIM & DAMAGES/RELIEF SOUGHT

1. On or about September 26, 2017, the Plaintiff, MITCHELL SILVERMAN ("Plaintiff"), filed a civil action (the "State Court Action") against Defendant. Plaintiff filed the lawsuit in the Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida, Case No. CACE-17-017919 (18). Defendant received the Complaint on October 10, 2017, but has not yet been served. Plaintiff's Complaint features three counts, all originating under the Americans with Disabilities Act ("ADA").

2. The three counts allege that NSU (Plaintiff's then employer) failed to reasonably accommodate Plaintiff's purported disability, that NSU engaged in discriminatory conduct

against Plaintiff on the basis of said disability, and that NSU subjected Plaintiff to retaliation by failing to address his complaints of disability discrimination and by terminating his employment.

3. The Complaint does not identify any specific amount of monetary damages, but generally alleges the following damages across the three counts. Count I: "loss of income, loss of job benefits, loss of employment entitlements, the loss of his personal dignity, severe emotional distress, emotional pain and suffering, inconveniences, financial setbacks, attorneys' fees, costs, expenses, and other consequential damages not capable of being ascertained at the present time." See Exhibit A, Complaint ¶ 68. Count II: "past and future loss of income and other employment benefits, emoti8onal pain and suffering, mental anguish, humiliation, loss of enjoyment of life, embarrassment, damage to his reputation and other past and future pecuniary losses." See Exhibit A, Complaint ¶ 76. Count III: "pain and suffering, extreme and severe emotional distress and mental anguish," and "a loss of earnings and other employment related benefits and job opportunities." See Exhibit A, Complaint ¶ 88.

## GROUNDS FOR REMOVAL AND PARTIES

4. U.S. district courts have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States pursuant to 28 U.S.C. §1331. Defendants are entitled to remove this case to this Court pursuant to 28 U.S.C §1441, in that, all of Plaintiffs claims arise under the Americans with Disabilities Act, 42 U.S.C. §12101 et seq. ("ADA"). See Exhibit A, Complaint ¶¶ 59-78. Thus, this Court has original jurisdiction under 28 U.S.C. §1331.

5. Venue is proper in the Southern District of Florida under 28 U.S.C §1441(a) because the Circuit Court of Broward County, Florida, is within the Southern District of Florida.

6. The Parties to this action are Plaintiff, Mitchell Silverman, an individual who, upon information and belief, was at all times material to this action, a resident of Broward

County, Florida, and Defendant, Nova Southeastern University, Inc., a private, not-for-profit corporation, incorporated under the laws of the State of Florida, with its principal place of business in Broward County, Florida.

## PENDING MOTIONS

7. There are no motions pending at this time.

## DEFENDANTS JOINING IN NOTICE OF REMOVAL

8. NSU is the sole defendant in the instant matter, and is the party seeking removal to this Court.

## TIMELY REMOVAL

9. Pursuant to 28 U.S.C. § 1446, the Notice of Removal was filed within thirty (30) days from the date of Defendant's receipt of the initial pleading.

10. Defendant received the Complaint on October 10, 2017, and filed its Notice of Removal to Federal Court [DE1] on October 12, 2017.

## COPIES OF ALL RECORDS AND PROCEEDINGS IN STATE COURT MATTER

11. Defendant has attached as Exhibit "A" all process, pleadings and orders served on it in the State Court Action to date, including the summons and Complaint as required by 28 U.S.C §1446(a) and the Court's Notice of Court Practices in Removal Cases [DE3].

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of October, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF or

in some other manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing as indicated by asterisk.

PANZA, MAURER & MAYNARD, P.A.
Counsel for Defendant
Nova Southeastern University
Coastal Towers
2400 E. Commercial Blvd., Ste 905
Fort Lauderdale, FL  33308
Phone: (954)390-0100, Fax: (954)390-7991

By: /s/ *Richard A. Beauchamp*
RICHARD A. BEAUCHAMP, ESQ.
Fla. Bar No.: 471313
E-Mail: rbeauchamp@panzamaurer.com

## SERVICE LIST

Mitchell Silverman v. Nova Southeastern University, Inc.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No: 17-62005-CIV-MORENO

**April Goodwin, Esq.**
**Counsel for Plaintiff**
**The Goodwin Firm**
**801 West Bay Drive, Suite 429B**
**Largo, FL 33770**
**E-Mail: april@goodwin-firm.com**
**\*Service through CM/ECF Electronic Filing**