UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No: 17-62005-CIV-MORENO

**MITCHELL SILVERMAN,**

    Plaintiff,

**v.**

**NOVA SOUTHEASTERN UNIVERSITY, INC.,**

    Defendant.

## PARTIES' JOINT SCHEDULING AND DISCOVERY REPORT

Pursuant to the Court's Order, and pursuant to Local Rule 16.l(B)(2) and (3) and Federal Rule of Civil Procedure 26(f), the Parties submit the following Joint Scheduling and Discovery Report.

## CONFERENCE REPORT

**A. The likelihood of settlement.**

The parties may engage in settlement discussions, but there does not appear to be a likelihood of settlement at this time.

**B. The likelihood of appearance in the action of additional parties.**

The appearance of additional parities is not anticipated at this time.

**C. Proposed limits on the time:**

    **(i) To join other parties and to amend the pleadings.**

{00552005.DOCX. 1 }

The parties agree to the deadline of December 6, 2017 as indicated in the Court's Scheduling Order Setting Trial [DE 8]. Plaintiff anticipates the filing of an Amended Complaint within that time frame.

**(ii) To file and hear motions.**

The parties agree to the deadline of March 26, 2018 for the filing all motions for summary judgment as indicated in the Court's Scheduling Order Setting Trial [DE 8]. The parties agree to the deadline of May 14, 2018 for the filing of pretrial motions (including motions *in limine* and *Daubert* motions) as indicated in the Court's Scheduling Order Setting Trial [DE 8].

**(iii) To complete discovery.**

The parties agree to the deadline of March 12, 2018 as indicated in the Court's Scheduling Order Setting Trial [DE 8].

**D. Proposals for the formulation and simplification of issues, including the elimination of frivolous claims or defenses, and the number and timing of motions for summary judgment or partial summary judgment.**

The parties anticipate that some issues can be simplified or eliminated through stipulation and/or discovery, including requests for admissions. Since discovery has not begun, the parties are unable to stipulate to any facts at this time. It is anticipated that both parties may file motions for summary judgment on or before the dispositive motion deadline of March 26, 2018.

**E. The necessity or desirability of amendments to the pleadings.**

Plaintiff has expressed an intention to amend the Complaint to add an FMLA claim. Defendant has no intention to amend any pleadings filed to date at this time. However, the

parties request the opportunity to engage in discovery to determine whether any further amendments are required.

**F. The possibility of obtaining admissions of fact and of documents, electronically stored information or things which will avoid unnecessary proof, stipulations regarding authenticity of documents, electronically stored information or things, and the need for advance ruling from the Court on admissibility of evidence.**

The parties are still investigating the claims, and are unable to stipulate to any facts or the authenticity of any documents at this time, but will endeavor to assist the Court and one another in streamlining the evidentiary process.

**G. Suggestions for the avoidance of unnecessary proof and of cumulative evidence.**

Once the parties have conducted discovery and fully investigated the claims, the parties anticipate that many facts, including the authenticity of documents, can be stipulated to in an effort to avoid unnecessary proof and cumulative evidence.

**H. Suggestions on the advisability of referring matters to a Magistrate Judge or master.**

The parties have no objection to the referral of matters, excluding dispositive motions, to a Magistrate Judge or master.

**I. A preliminary estimate of the time required for trial.**

At this time, the parties anticipate a 4-5 day trial.

**J. Requested date or dates for conferences before trial, a final pretrial conference and trial.**

The parties propose July 3, 2018 as the proposed deadline for conferences before trial and a final pretrial conference. The parties agree to the two-week trial period commencing July 9, 2018 as indicated in the Court's Scheduling Order Setting Trial [DE 8].

**K. Other information that may be helpful to the Court in setting the case for status or pretrial conference.**

    None at this time.

Dated: November 22nd, 2017

By: _/s/April Goodwin_____
    April Goodwin, Esq.
    The Goodwin Firm
    Florida Bar. No.:
    801 West Bay Drive, Suite 429B
    Largo, FL 33770
    Email: april@goodwin-firm.com
    Counsel for Plaintiff

By: */s/ Richard A. Beauchamp*
    Richard A. Beauchamp, Esq.
    Panza, Maurer & Maynard, P.A.
    Florida Bar No.: 471313
    2400 E. Commercial Blvd., Ste 905
    Fort Lauderdale, FL 33308
    Email: rbeauchamp@panzamaurer.com
    Counsel for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 22nd day of November, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF or in some other manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing as indicated by asterisk.

        PANZA, MAURER & MAYNARD, P.A.
        Counsel for Defendant
        Nova Southeastern University
        Coastal Towers
        2400 E. Commercial Blvd., Ste 905
        Fort Lauderdale, FL  33308
        Phone: (954)390-0100, Fax: (954)390-7991

        By: */s/ Richard A. Beauchamp*
        RICHARD A. BEAUCHAMP, ESQ.
        Fla. Bar No.: 471313
        E-Mail: rbeauchamp@panzamaurer.com