UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No: 17-62005-CIV-MORENO

**MITCHELL SILVERMAN,**

       Plaintiff,

**v.**

**NOVA SOUTHEASTERN UNIVERSITY, INC.,**

       Defendant.

**DEFENDANT NSU'S INITIAL DISCLOSURES, PURSUANT
TO RULE 26(a)(1) FEDERAL RULES OF CIVIL PROCEDURE**

Defendant, NOVA SOUTHEASTERN UNIVERSITY, INC. (hereinafter "NSU"), by and through the undersigned counsel, hereby submit its Initial Disclosures, pursuant to Federal Rules of Civil Procedure 26(a)(1), as follows:

Based on current available information, Defendant NSU and its counsel identify the following individuals who are likely to have discoverable knowledge regarding the matter, and relevant documents to support Defendants' defenses to the Complaint:

**Federal Rule of Civil Procedure 26(a)(1)(A)(i)**

**(A)   The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subject of the information:**

   1.    Rebecca Rich
         Senior Associate Director, Panza Maurer Law Library
         Nova Southeastern University
         3301 College Avenue
         Fort Lauderdale, Florida 33314
         (954) 262-5000

         **Knowledge:**   Ms. Rich was Plaintiff's direct supervisor for a significant portion of his employment with NSU. She has knowledge of Plaintiff's

                conduct and performance which ultimately led to the termination of his employment with NSU.

2. Vicenç Feliú
   Associate Dean for Library Services, Panza Maurer Law Library
   Nova Southeastern University
   3301 College Avenue
   Fort Lauderdale, Florida 33314
   (954) 262-5000

   **Knowledge:** Mr. Feliú has knowledge of a number of Plaintiff's performance and behavioral issues which ultimately led to the termination of his employment with NSU.

3. Diane Emery
   Managing Director, Total Rewards, Office of Human Resources
   Nova Southeastern University
   3301 College Avenue
   Fort Lauderdale, Florida 33314
   (954) 262-5000

   **Knowledge:** Ms. Emery has knowledge of Plaintiff's requests for disability accommodations.

4. Faustine Waryjas
   Senior HR Strategic Business Partner, Office of Human Resources
   Nova Southeastern University
   3200 South University Drive
   Fort Lauderdale, Florida 33328
   (954) 262-5000

   **Knowledge:** Ms. Waryjas has knowledge of Plaintiff's performance and behavioral issues which ultimately led to the termination of his employment with NSU.

5. Beth Parker
   Assistant Director, Operations and Collections, Panza Maurer Law Library
   Nova Southeastern University
   3200 South University Drive
   Fort Lauderdale, Florida 33328
   (954) 262-5000

   **Knowledge:** Ms. Parker has knowledge as to Plaintiff's performance and behavioral issues, and was briefly Plaintiff's supervisor in Ms. Rich's absence.

6. Mitchell Silverman
   Plaintiff

    C/O April Goodwin, Counsel for Plaintiff

  **Knowledge:** Mr. Silverman has knowledge as to his performance and behavioral issues which ultimately led to the termination of his employment with NSU, as well as his requests for disability accommodations.

### Federal Rule of Civil Procedure 26(a)(1)(A)(ii)

**(B) A copy of, or a description by category and location of, all documents, date compilations, and tangible things that are in the possession, custody, or control of the party and the disclosing party may use to support its claims or defenses, unless solely for impeachment:**

 Defendant has provided all known documents in possession at this time, bates stamped NOVA000001 – NOVA000519 to all parties listed on the certificate of service via separate cover.

### Federal Rule of Civil Procedure 26(a)(1)(A)(iii)

**(C) A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34, the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of the injuries suffered:**

 Defendant NSU is not seeking relief in this action, this question is inapplicable to Defendant NSU.

### Federal Rule of Civil Procedure 26(a)(1)(A)(iv)

**(D) Any insurance agreement under which any person carrying an insurance business may be liable to satisfy part or all of a Judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the Judgment:**

 See insurance agreements sent under separate cover.

As discovery is ongoing at this time, Defendant reserves its right to amend and supplement their initial disclosures accordingly.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of November, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF or in some other manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing as indicated by asterisk.

PANZA, MAURER & MAYNARD, P.A.
Counsel for Defendant
Nova Southeastern University
Coastal Towers
2400 E. Commercial Blvd., Ste 905
Fort Lauderdale, FL  33308
Phone: (954)390-0100, Fax: (954)390-7991

By: */s/ Richard A. Beauchamp*
RICHARD A. BEAUCHAMP, ESQ.
Fla. Bar No.: 471313
E-Mail: rbeauchamp@panzamaurer.com

## SERVICE LIST

Mitchell Silverman v. Nova Southeastern University, Inc.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No: 17-62005-CIV-MORENO

**April Goodwin, Esq.**
**Counsel for Plaintiff**
**The Goodwin Firm**
**801 West Bay Drive, Suite 429B**
**Largo, FL 33770**
**E-Mail: april@goodwin-firm.com**
**\*Service through CM/ECF Electronic Filing**