UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 17-62005-CIV-MORENO**

MITCHELL SILVERMAN,

    Plaintiff,

vs.

NOVA SOUTHEASTERN UNIVERSITY, INC.,

    Defendant.
_____/

## ORDER STRIKING DOCKET ENTRY #4

THIS CAUSE came before the Court upon Plaintiff's First Motion to Amend First Amended Complaint **(D.E. 19)**, filed on **January 29, 2018**. It is

**ADJUDGED** that docket entry #4 is **STRICKEN** in light of the Court's inadvertent Notice of Court Practice in Americans with Disabilities Act access cases. This case is an alleged Americans with Disabilities Act employment discrimination case, and thus, docket entry #4 is not required.

DONE AND ORDERED in Chambers at Miami, Florida, this 30 of January 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record