UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 17-62005-CIV-MORENO

MITCHELL SILVERMAN,

    Plaintiff,

vs.

NOVA SOUTHEASTERN UNIVERSITY, INC.,

    Defendant.
_____/

## ORDER GRANTING MOTION TO FILE SECOND AMENDED COMPLAINT AND ADD A PARTY

THIS CAUSE came before the Court upon Plaintiff's Motion for Leave to File Second Amended Complaint **(D.E. 19)**, filed on **January 29, 2018**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED. Any additional party SHALL be added no later than **February 7, 2018**. In addition, the Second Amended Complaint shall be filed no later than **February 7, 2018**.

DONE AND ORDERED in Chambers at Miami, Florida, this 2nd of February 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record