UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No: 17-62005-CIV-MORENO

**MITCHELL SILVERMAN,**

      Plaintiff,

**v.**

**NOVA SOUTHEASTERN UNIVERSITY, INC.,**

      Defendant.

### DEFENDANTS' NOTICE OF FILING DOCUMENTS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT DATED MARCH 26, 2018

COMES NOW, Defendant, NOVA SOUTHEASTERN UNIVERSITY INC.'s by and through the undersigned counsel, and hereby files this Notice of Filing the following documents in support of its Motion for Summary Judgment dated March 26, 2018:

1. Deposition transcript of Plaintiff, Mitchell Silverman, Part 1, dated February 19, 2018, with Exhibit 1.

2. Deposition transcript of Plaintiff, Mitchell Silverman, Part 2, dated March 5, 2018, with Exhibits 1-4.

3. Deposition transcript of Rebecca Rich dated March 8, 2018, with Exhibits 1-13.

4. Deposition transcript of Diane Emery dated March 9, 2018, with Exhibits 1-9.

5. Deposition transcript of Dean Vicenc Feliu dated March 2, 2018, with Exhibits A and B.

6. Affidavit of Rebecca Rich dated March 23, 2018 (with Exhibits A-Q).

7. Affidavit of Faustine Waryjas dated March 23, 2018 (with Exhibits A and B).

8. Affidavit of Diane Emery dated March 26, 2018 (with Exhibits A-K).

9. Affidavit of Dean Vicenc Feliu dated March 26, 2018.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of March, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF or in some other manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing as indicated by asterisk.

PANZA, MAURER & MAYNARD, P.A.
Counsel for Defendant
Nova Southeastern University
Coastal Towers
2400 E. Commercial Blvd., Ste 905
Fort Lauderdale, FL  33308
Phone: (954)390-0100, Fax: (954)390-7991

By: */s/ Richard A. Beauchamp*
RICHARD A. BEAUCHAMP, ESQ.
Fla. Bar No.: 471313
E-Mail: rbeauchamp@panzamaurer.com

## SERVICE LIST

Mitchell Silverman v. Nova Southeastern University, Inc.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No: 17-62005-CIV-MORENO

**April Goodwin, Esq.**
**Counsel for Plaintiff**
**The Goodwin Firm**
**801 West Bay Drive, Suite 705**
**Largo, FL 33770**
**E-Mail: april@goodwin-firm.com**
**\*Service through CM/ECF Electronic Filing**